IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADVANCED DRAINAGE SYSTEMS, INC.,

    Plaintiff,

v.                                      Civil Action No. 2:12-CV-1121

QUALITY CULVERT, INC.,
COUNTY PIPE CORP., and
JOHN H. SONNENTAG,

    Defendants.

**ORDER GRANTING DEFENDANTS THE OPPORTUNITY TO
SUPPLEMENT EXPERT REPORT IN RESPONSE TO AFFIDAVIT OF MARK STURGEON**

Defendants Quality Culvert, Inc., County Pipe Corp., and John H. Sonnentag (collectively, "Defendants"), having moved this Court on October 9, 2015, for an order allowing Defendants the opportunity to supplement their expert report to respond to the July 14, 2014 Affidavit of Mark Sturgeon, and subsequently Advanced Drainage Systems, Inc. and the Defendants having reached a stipulation to address Defendants' motion;

    **IT IS HEREBY ORDERED:**

    1.    Defendants' expert may supplement her expert report to respond to new statements and opinions addressed in the July 14, 2014 Affidavit of Mark Sturgeon and his subsequent deposition testimony, but not previously expressed to Defendants, within thirty (30) days of this Order.

    2.    Plaintiff may depose Defendants' expert witness as to her supplemental opinions regarding the July 14, 2014 Affidavit of Mark Sturgeon and his May 1, 2015 and August 18, 2015 depositions within twenty (20) days after Defendants' rebuttal report is completed.

    Dated this  18th  day of November, 2015.

                                                      BY THE COURT:

                                                      `/s/ GREGORY L. FROST`
                                                      The Honorable Gregory L. Frost